PROB 35 (ED/CA)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Docket No:    0972 2:09CR00527-001** |
| | ) | |
| **DEANNA GOLDEN SINCLAIR** | ) | |
| | ) | |

On February 15, 2001, the above-named was placed on Supervised Release for a period of 60 months.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.   It is accordingly recommended that the supervisee be discharged from supervision.

Respectfully submitted,

/s/ Julie A. Fowler

**JULIE A. FOWLER
United States Probation Officer**

Dated:      January 2, 2014
              Roseville, California
              JAF:aph

                    /s/ Michael A. Sipe
**REVIEWED BY:      MICHAEL A. SIPE
              Supervising United States Probation Officer**

Rev. 05/2013
EARLY TERMINATION ~   ORDER (PROB35).DOTX

PROB 35 (ED/CA)

Re:     **SINCLAIR, Deanna Golden**
        **Docket No:     0972 2:09CR00527-001**
        **Report and Order Terminating Supervised Release**
        **Prior to Original Expiration Date**

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that Deanna Golden Sinclair be discharged from Supervised Release, and that the proceedings in the case be terminated.

Dated:    January 16, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

Attachment:     Recommendation

cc:     First AUSA – Phillip A. Talbert

Rev. 05/2013
EARLY TERMINATION ~   ORDER (PROB35).DOTX